THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **JOSEPH TROTTIER**, *Individually and behalf of all other similarly situated*.<br><br>*Plaintiff*,<br><br>v.<br><br>**TMX FINANCE CORPORATE SERVICES, INC.**,<br><br>*Defendant*. | Case No.: 4:23CV00083<br><br>DEMAND FOR JURY TRIAL |

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| | |
| Joseph Trottier | Plaintiff |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| | |
| N/A | N/A |
| | |

Rev. 11/2022

1

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
| N/A | N/A |
|  |  |
|  |  |
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
|  |  |  |
| Joseph Trottier | Plaintiff, putative class representative | Wisconsin |
|  |  |  |
|  |  |  |
|  |  |  |

_04/05/2023_____        _____*M. Brandon Smith*_____
Date                                                         Signature of Attorney of Record


                                                    ___M. Brandon Smith_____
                                                    Printed Name

Rev. 11/2022

2